IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-569-GCM

| | |
|---|---|
| LWIN FAMILY CO. d/b/a HISSHO SUSHI )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>AUNG MIN TUN, THEIN AUNG, KATIE )<br>AUNG, SOE SOE LWIN, ITSUMO )<br>ENTERPRISES, INC. and THATIE N )<br>FAMILY CORPORATION d/b/a YUMMI )<br>SUSHI, )<br>     Defendants. ) | **ORDER TO MODIFY<br>SCHEDULING ORDER** |

THIS MATTER IS BEFORE THE COURT upon the Joint Motion to Modify Scheduling Order to Extend Discovery, Expert Disclosures, Dispositive Motions, and Mediation Deadlines [doc. 25] filed on October 11, 2012. For cause shown, the motion is GRANTED.

Accordingly, IT IS ORDERED that the following modifications are made to the Scheduling Order:

 1) Mediation shall be conducted by **January 31, 2013**.

 2) Plaintiff's Experts Reports are due **February 28, 2013.**
   Defendants' Experts Reports are due **March 31, 2013.**

 3) Discovery shall be completed by **April 30, 2013.**

 4) All motions except motions in limine and motions to continue shall be filed by **May 31, 2013**.

 5) The trial is scheduled for **September 9, 2013.**

IT IS SO ORDERED.

Signed: October 11, 2012

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge