IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-569-GCM

| | |
|---|---|
| LWIN FAMILY CO. d/b/a HISSHO SUSHI ) | |
| Plaintiff, ) | |
| ) | **ORDER TO MODIFY** |
| v. ) | **SCHEDULING ORDER** |
| ) | |
| AUNG MIN TUN, THEIN AUNG, KATIE ) | |
| AUNG, SOE SOE LWIN, ITSUMO ) | |
| ENTERPRISES, INC. and THATIE N ) | |
| FAMILY CORPORATION d/b/a YUMMI ) | |
| SUSHI, ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT upon the Joint Motion to Modify Scheduling Order to Extend Discovery, Expert Disclosures, Dispositive Motions, and Mediation Deadlines [doc. 25] filed on October 11, 2012. For cause shown, the motion is GRANTED.

Accordingly, IT IS ORDERED that the following modifications are made to the Scheduling Order:

1) Mediation shall be conducted by **January 31, 2013**.

2) Plaintiff's Experts Reports are due **February 28, 2013.**
   Defendants' Experts Reports are due **March 31, 2013.**

3) Discovery shall be completed by **April 30, 2013.**

4) All motions except motions in limine and motions to continue shall be filed by **May 31, 2013**.

5) The trial is scheduled for **September 9, 2013.**

IT IS SO ORDERED.

Signed: October 11, 2012

Graham C. Mullen
United States District Judge