IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAR 26 2013
US District Court
Western District of NC

| | | |
|---|---|---|
| LWIN FAMILY CO. d/b/a HISSHO SUSHI<br><br>Plaintiff,<br><br>vs.<br><br>AUNG MIN TUN, THEIN AUNG, KATIE AUNG, SOE SOE LWIN, ITSUMO ENTERPRISES, INC. and THATIE N FAMILY CORPORATION d/b/a YUMMI SUSHI<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:11-cv-00569-GCM |

## ORDER ON DEFENDANTS THEIN AUNG, KATIE AUNG, AND THATIE N FAMILY CORPORATION D/B/A YUMMI SUSHI'S MOTION TO FILE MATERIALS UNDER SEAL

THIS CAUSE being heard by the undersigned upon Motion of Defendants Thein Aung, Katie Aung, and Thatie N Family Coporation d/b/a Yummi Sushi (collectively "Defendants"), for an Order permitting Defendants to file its Memorandum in Support of Motion for Summary Judgment under seal as the Memorandum cites and includes information of Plaintiff that has been designated as "attorney's eyes only" by Plaintiff. Plaintiff's counsel, Kenneth I. Helfing, has consented to Defendants' Filing their Memorandum in Support of Summary Judgment under seal.

IT IS THEREFORE ORDERED that good cause has been shown and Defendants' Motion to File Under Seal is hereby granted. Defendants are allowed to file their Memorandum in Support of Summary Judgment under seal.

This the 26th day of March, 2013.

*Graham C. Mullen*

The Honorable Graham C. Mullen
United States District Judge